UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA           :
                                   :
                                   :   **SCHEDULING ORDER**
        -against-                  :
                                   :   21 Cr. 732 (AKH)
                                   :
                                   :
CHRISTOPHER CLARK,                 :
                                   :
                     Defendant.    :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Sentencing is adjourned from March 18, 2022, to March 24, 2022, at 12:30 p.m.

      SO ORDERED.

Dated:   March 7, 2022               /s/   Alvin K. Hellerstein
         New York, New York           ALVIN K. HELLERSTEIN
                                   United States District Judge