**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 30, 2023

**BY ECF AND EMAIL**

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED.

Dated: October 30, 2023
New York, New York

/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
United States District Judge

Re: **United States v. Christopher Clark**
   **21 CR 732 (AKH)**
   **VOSR Conference**

Dear Judge Hellerstein:

Mr. Clarke is scheduled to appear before the Court on October 31, 2023 for a status conference in the pending Violation of Supervised Release. Unfortunately, I have a conflict on that day, and I write to respectfully request a short adjournment of the conference to November 15, 2023, at 2:30 p.m., a date and time when I understand the Court is available.

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio, Esq.
Federal Defenders of New York
Office: 212-417-8728
Cell: 917-612-3274

Cc: AUSA Elizabeth Espinosa
   USPO Urshala Herald