UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                       :

UNITED STATES OF AMERICA,              :

                                                       : **ORDER**

      -against-                                  :

                                                       : 21 Cr. 732 (AKH)

CHRISTOPHER CLARK,                    :

                                                       :

                               Defendant.     :

                                                        :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The VOSR hearing previously set for August 20 is adjourned to August 21, 2024, at 12:30 p.m.

               SO ORDERED.

Dated:       August 15, 2024                /s/   Alvin K. Hellerstein
               New York, New York           ALVIN K. HELLERSTEIN
                                                             United States District Judge