UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA :
: **SCHEDULING ORDER**
:
- against - : 21 Cr. 732 (AKH)
:
:
CHRISTOPHER CLARK, :

                       Defendant.

---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The VOSR hearing scheduled for October 10, 2024 at 9:30 a.m. is hereby adjourned. The parties shall appear for a VOSR hearing on October 15, 2024 at 12:00 p.m. in Courtroom 14D.

        SO ORDERED.

Dated:    October 9, 2024             _____/s/ Alvin K. Hellerstein_____
           New York, New York         ALVIN K. HELLERSTEIN
                                              United States District Judge