UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                             :
UNITED STATES OF AMERICA             :    **SCHEDULING ORDER**
                                             :
           v.                                :    21 Cr. 732 (AKH)
                                             :
CHRISTOPHER CLARK,                    :
                                             :
                         Defendant.   :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties shall appear for a Violation of Supervised Release hearing on May 21, 2025, at 9:30 a.m., in Courtroom 14B.

       The Clerk of Court shall terminate ECF No. 37.

       SO ORDERED.

Dated:        February 26, 2025              _____/s/ Alvin K. Hellerstein_____
                 New York, New York               ALVIN K. HELLERSTEIN
                                                      United States District Judge