UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
UNITED STATES OF AMERICA,              :    **SCHEDULING ORDER**
                                                               :
                                                               :
         -against-                                 :    21 Cr. 732 (AKH)
                                                               :
                                                               :
CHRISTOPHER CLARK,                     :
                                                               :
                            Defendant.    :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The violation of supervised release conference scheduled in this case for September 18, 2025 at 10:00 a.m. will be held in Courtroom 23B of the Daniel Patrick Moynihan U.S. Courthouse.

    SO ORDERED.

Dated:    September 8, 2025                     /s/ Alvin K. Hellerstein
              New York, New York               ALVIN K. HELLERSTEIN
                                                                United States District Judge